THE STATE EX REL. MAYBERRY, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Mayberry v. Indus.
Comm.* (1998), 83 Ohio St.3d 375.]

(No. 97–979—Submitted August 19, 1998—Decided October 14, 1998.)

---

*Law Offices of James R. Nein* and *Brian W. Harter,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Michael A. Vanderhorst,* Assistant Attorney General, for appellee.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.